## GENTRY v. STATE. (No. 11928.)

Court of Criminal Appeals of Texas. Nov. 7, 1928.

Vickers & Campbell, of Lubbock, for appellant.

A. A. Dawson, State's Atty., Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for unlawfully carrying a pistol; punishment being a fine of $100.

The transcript before us fails to show any notice of appeal, in the absence of which this court acquires no jurisdiction. Article 827, C. C. P. For collation of authorities see notes under said article in vol. 3, Vernon's C. C. P. We further observe that the record contains neither statement of facts nor bills of exception.

The appeal is dismissed.